■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAKEYMO HODGE, Appellant. (Appeal No. 2.) [925 NYS2d 363]— Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered June 7, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Hodge* (85 AD3d 1680 [2011]). Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.

■ BRIAN S. DERMODY et al., Respondents, v DARRYL D. TILTON et al., Appellants, et al., Defendants. (Appeal No. 2.) [925 NYS2d 363]—Appeal from a decision of the Supreme Court, Ontario County (William F. Kocher, A.J.), dated November 12, 2010. The decision stated that the motion of defendants Darryl D. Tilton and Sandra J. Tilton for summary judgment is denied.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Pecora v Lawrence*, 28 AD3d 1136, 1137 [2006]). Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.

■ BRIAN S. DERMODY et al., Respondents, v DARRYL D. TILTON et al., Appellants, et al., Defendants. (Appeal No. 3.) [925 NYS2d 925]—Appeal from a decision of the Supreme Court, Ontario County (William F. Kocher, A.J.), dated August 24, 2010. The decision concluded that plaintiffs' motion for summary judgment against defendants Darryl D. Tilton and Sandra J. Tilton should be granted.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Pecora v Lawrence*, 28 AD3d 1136, 1137 [2006]). Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.